
# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

STEPHEN HEARN                                                                               PLAINTIFF

v.                                No. 4:11CV00474 JLH

BHP BILLITON PETROLEUM
(ARKANSAS), INC., *et al.*                                               DEFENDANTS

## ORDER

Pursuant to the Notice of Withdrawal of Counsel of Record filed on August 17, 2011, John F. Peiserich and Kimberly Logue of the Perkins & Trotter law firm are hereby withdrawn as counsel of record for defendant Clarita Operating, LLC. Darrell W. Downs of the Taylor, Burrage, Foster, Mallett, Downs, Ramsey & Russell law firm will continue as counsel of record for defendant Clarita Operating, LLC.

IT IS SO ORDERED this 24th day of August, 2011.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE