IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN HEARN, on behalf of himself                                                    PLAINTIFFS
and all others similarly situated;
JESSE and SUSAN FREY, on behalf of themselves
and all others similarly situated;
RANDY and JOYCE PALMER, on behalf of themselves
and all others similarly situated; and
SAM and APRIL LANE, on behalf of themselves
and all others similarly situated

v.                          NO. 4:11CV00474 JLH (LEAD)
                            NO. 4:11CV00475 JLH
                            NO. 4:11CV00476 JLH
                            NO. 4:11CV00477 JLH

BHP BILLITON PETROLEUM (ARKANSAS),
INC.; BHP BILLITON PETROLEUM
(FAYETTEVILLE) LLC; CHESAPEAKE
OPERATING, INC.; and CLARITA OPERATING, LLC                                            DEFENDANTS

**ORDER**

The plaintiffs have filed motions for consolidation and appointment of interim class counsel in each of the above-numbered cases. Each of the motions is granted. Pursuant to Federal Rule of Civil Procedure 42(a), the above-numbered cases are hereby consolidated. All pleadings, motions, and other documents will be filed in No. 4:11CV00474-JLH, using the style shown above. Emerson Poynter LLP and Wyly-Rommel PLLC are hereby appointed as interim class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). The Clerk is directed to terminate administratively case Nos. 4:11CV00475, 4:11CV00476, and 4:11CV00477.

IT IS SO ORDERED this 31st day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE