# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

STEPHEN HEARN, on behalf of himself                                                                                    PLAINTIFFS
and all others similarly situated;
JESSE and SUSAN FREY, on behalf of themselves
and all others similarly situated;
RANDY and JOYCE PALMER, on behalf of themselves
and all others similarly situated; and
SAM and APRIL LANE, on behalf of themselves
and all others similarly situated

v.                                            NO. 4:11CV00474 JLH

BHP BILLITON PETROLEUM (ARKANSAS),
INC.; BHP BILLITON PETROLEUM
(FAYETTEVILLE) LLC; CHESAPEAKE
OPERATING, INC.; and CLARITA OPERATING, LLC                                       DEFENDANTS

## ORDER

The joint motion for extension of time to file the parties' Rule 26(f) report is GRANTED. Document #22. The deadline for filing the Rule 26(f) report is extended up to and including September 14, 2011.

IT IS SO ORDERED this 1st day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE