## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

STEPHEN HEARN, on behalf of himself                                                            PLAINTIFFS
and all others similarly situated; and
JESSE and SUSAN FREY, on behalf of themselves
and all others similarly situated

v.                                      No. 4:11CV00474 JLH

BHP BILLITON PETROLEUM (FAYETTEVILLE)
LLC; and CHESAPEAKE OPERATING, INC.                                                            DEFENDANTS

## ORDER

The motions for dismissal without prejudice filed by Sam and April Lane (Document #35) and Randy and Joyce Palmer (Document #36) are GRANTED. Case No. 4:11CV00476 and Case No. 4:11CV00477 are dismissed without prejudice. Sam and April Lane and Randy and Joyce Palmer are dismissed as named plaintiffs in the lead case, No. 4:11CV00474.

IT IS SO ORDERED this 18th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE