## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

STEPHEN HEARN, on behalf of himself                                                                    PLAINTIFFS
and all others similarly situated; and
JESSE and SUSAN FREY, on behalf of themselves
and all others similarly situated

v.                                         No. 4:11CV00474 JLH

BHP BILLITON PETROLEUM (FAYETTEVILLE)
LLC; and CHESAPEAKE OPERATING, INC.                                                                    DEFENDANTS

## ORDER

The plaintiffs' motion to amend is granted. Document #38. The plaintiffs must file their amended complaint within seven days from the entry of this Order. The defendants' motion to dismiss is therefore denied as moot. Document #19. The joint motion for stay of class certification schedule is granted. Document #42. The parties must propose another class certification schedule within thirty days from the entry of this Order.

IT IS SO ORDERED this 13th day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE