IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| STEPHEN HEARN; JESSE and SUSAN FREY; PEGGY FREEMAN; TONY and KAREN DAVIS; and JASON and MISTY SPILLER, on behalf of themselves and all others similarly situated | PLAINTIFFS |
| v. No. 4:11CV00474 JLH | |
| BHP BILLITON PETROLEUM (FAYETTEVILLE) LLC; CHESAPEAKE OPERATING, INC.; and DEEP SIX WATER DISPOSAL SERVICES, LLC | DEFENDANTS |

### ORDER

The unopposed motion by Deep Six Water Disposal Services, LLC (Document #49) for extension of time to answer the December 15, 2011, complaint (Document #45) is GRANTED. Deep Six will be given an additional twenty days to file an answer to the aforementioned complaint.

IT IS SO ORDERED this 9th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE