IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN HEARN, on behalf of himself                                          PLAINTIFFS
and all others similarly situated; et al.

v.           NO. 4:11CV00474 JLH (LEAD)
             NO. 4:11CV00475 JLH
             NO. 4:11CV00476 JLH
             NO. 4:11CV00477 JLH

BHP BILLITON PETROLEUM (FAYETTEVILLE) LLC;
CHESAPEAKE OPERATING, INC.; and
DEEP SIX WATER DISPOSAL SERVICES, LLC                                        DEFENDANTS

## ORDER

On May 31, 2012, the plaintiffs and Deep Six Water Disposal Services, LLC, filed a joint motion for voluntary dismissal of Deep Six. The motion stated that the other defendants could not agree to the motion at that time because they were evaluating and researching issues of joint and several liability. The time for responding to the motion to dismiss has expired, and no party has filed an objection. Therefore, without objection, the joint motion for voluntary dismissal is GRANTED. Document #66. Deep Six Water Disposal Services, LLC, is dismissed without prejudice. The motion for summary judgment filed by Deep Six is denied as moot. Document #61.

IT IS SO ORDERED this 25th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE