IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN HEARN, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　　　　NO. 4:11CV00474 JLH (LEAD)

BHP BILLITON PETROLEUM (FAYETTEVILLE), LLC;
and CHESAPEAKE OPERATING, INC.　　　　　　　　　　　　　　　　　　　　DEFENDANTS

### ORDER

By Order dated October 16, 2012, the Court stayed this matter for a period of three months. The parties submitted a notice of proposed final scheduling order on January 22, 2013. The three month stay is hereby lifted. An amended final scheduling order will be entered in due course.

IT IS SO ORDERED this 23rd day of January, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE