IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STEPHEN HEARN, *et al.* | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:11CV00474 JLH (LEAD) |
| | * | No. 4:11CV00475 JLH |
| BHB Billiton Petroleum (Fayetteville) LLC, | * | No. 4:11CV00476 JLH |
| *et al.* | * | No. 4:11CV00477 JLH |
| | * | |
| Defendants. | | |

**ORDER**

Pending before the Court is the parties' Joint Motion to Transfer the Claims of Jesse and Susan Frey to Case No. 4:13CV00184. (Doc. No. 106). This Motion is GRANTED.

THEREFORE, Case No. 4:11CV00475 shall be severed from Case No. 4:11CV00474 and consolidated with Case No. 4:13CV00184. This case shall become a related case with Case No. 4:11CV00474 and a member case with 4:13CV00184.

IT IS SO ORDERED this 20th day of August, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE