IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN HEARN, PEGGY FREEMAN,                                                PLAINTIFFS
TONY DAVIS, KAREN DAVIS, and
JASON SPILLER

v.                                  NO. 4:11CV00474 JLH

BHP BILLITON PETROLEUM (FAYETTEVILLE),
LLC; and CHESAPEAKE OPERATING, INC.                                          DEFENDANTS

## ORDER OF DISMISSAL

The joint motion for dismissal is GRANTED. Document #112. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 29th day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE